**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                                              :   NO. 535
                                                    :
APPOINTMENT TO THE MINOR COURT    :   MAGISTERIAL RULES DOCKET
RULES COMMITTEE                         :
                                                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2023, the Honorable Kelley Gillette-Walker, Centre County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years, commencing October 1, 2023.